# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>                Plaintiff,<br><br>v.<br><br>MYFREEMEDICINE.COM, LLC<br><br>                Defendant. | No. C05-1607<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The parties have not complied with the order directing that a joint status report be filed by November 16, 2005. The time for filing the report is hereby extended to ten days from the date of this order. If the report is not filed by that time, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice.

Filed this 28th day of November, 2005.

                                          BRUCE RIFKIN, Clerk

                                          By:    /s Mary Duett
                                                       Deputy Clerk

MINUTE ORDER - 1