UNITED STATES OF AMERICA

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>MYFREEMEDICINE.COM, LLC, et al.,<br><br>　　　　　Defendant(s). | Case No. C05-1607P<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

At the request of counsel, an extension of time to file the joint status report is granted. The report will be due on **December 22, 2006.** All other FRCP 26-related dates are adjusted accordingly. Failure to adhere to these deadlines may result in sanctions, up to and including dismissal of this action.

Filed this 13th day of December, 2005.

　　　　　　　　　　　　　　　　　　BRUCE RIFKIN, Clerk

　　　　　　　　　　　　　　　　　　By　　/s Mary Duett
　　　　　　　　　　　　　　　　　　Deputy Clerk