UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FEDERAL TRADE COMMISSION,

    Plaintiff(s),

v.

MYFREEMEDICINE.COM, LLC, et al.,

    Defendant(s).

NO. C05-1607P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court is in receipt of Plaintiff FTC's Motion to Expedite Consideration of Plaintiff's Motion to Compel (Dkt. No. 33) and Amended Motion to Allow Untimely Filing of Plaintiff's Motion to Compel (Dkt. No. 32), filed on September 27, 2006.

This district has abolished motions to shorten time (LR 6(e)) and on that basis Plaintiff's motion for expedited consideration will be STRICKEN. Motions for relief from a deadline or limit imposed by court order are to be noted seven judicial days from their date of filing (LR 7(d)2(A)) and on that basis Plaintiff's motion to allow untimely filing of a discovery motion will be re-noted for **October 6, 2006.**

If the Court grants Plaintiff permission to bring its untimely discovery motion, it would be noted on the third Friday following its filing date, which would be October 13, 2006. Plaintiff also has

MINUTE ORDER

the option to utilize the joint CR 37 submission procedure which would permit same-day ruling on the unified pleading.

Filed this 27th day of September, 2006.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
     Deputy Clerk

MINUTE ORDER